In the Matter of the Application of FRED J. MARSHALL, as Acting President of Local Union No. 390, Respondent, for a Writ of Mandamus against THE UNITED ASSOCIATION OF PLUMBERS AND STEAMFITTERS OF UNITED STATES AND CANADA, Appellant.— Final order of mandamus reversed on the law and the facts, and proceeding unanimously dismissed, with costs, on the ground that the findings in favor of the relator are against the weight of evidence. We think the evidence establishes that a written charge against the local was made, that an opportunity for a hearing on the charge was given, and that the local was clearly guilty of receiving strike benefits and disbursing the same in defiance of the general rules and practices of the United Association. Findings 4 and 9 are reversed, and new findings of fact will be made to support the conclusions reached by this court. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur. Settle order on notice.

CLARENCE M. JONES and Another, Copartners, etc., Respondents, v. SKIRING THORNE SMITH, Defendant, Impleaded with IRENE THORNE SMITH, Appellant.— Judgment of the City Court of New Rochelle affirmed, with costs. No opinion. Jaycox, Manning, Young and Kapper, JJ., concur; Kelly, P. J., dissents.

SAVERIO LIBERTA, Appellant, v. RAPID COALING COMPANY, INC., Respondent.— Judgment unanimously affirmed, with costs. The negligent act complained of in the present case was an act on the part of Sorace in carrying out the work in hand, and even if he is to be regarded as a superintendent at the time, his act in leaving the work to go to the telephone, with the men working below unprotected, imposed no liability upon the defendant. Present — Kelly, P. J., Rich, Jaycox Young and Kapper, JJ.

WALTER C. LITTLEWOOD, Respondent, v. THE JOHN F. LYNCH BUILDING CORPORATION, Appellant.— Order denying motion to cancel notice of *lis pendens*, unless defendant shall file bond, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

STEFANO LOMBARDI, Appellant, v. BOOTH & COMPANY, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

FRANK MANN, Appellant, v. GUARANTY TRUST COMPANY OF NEW YORK, Respondent.— Order setting aside verdict and granting new trial affirmed, with costs to abide the event. No opinion. Kelby, Young and Kapper, JJ., concur; Kelly, P. J., and Manning, J., dissent, and vote to reverse the order and reinstate the verdict.

MARKEL-TUCKER-COOK COMPANY, INC., Respondent, v. IDA LEVY and Another, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.